# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**EDDIE BRILEY, JR.**
**ADC# 116921**                                                                                    **PLAINTIFF**

v.                          CASE NO. 5:11CV00274 BSM/BD

**MANNIE L. DRAYER, Disciplinary Hearing Officer**
**Arkansas Department of Correction, et al.**                              **DEFENDANTS**

## ORDER

The proposed findings and recommended partial disposition submitted by United States Magistrate Judge Beth Deere [Doc. No. 7] and the filed objections [Doc. No. 9] have been reviewed. After carefully considering these documents and making a *de novo* review of the record, it is concluded that the proposed findings and recommended partial disposition should be, and hereby are, approved and adopted in their entirety in all respects.

Plaintiff Eddie Briley's motion to amend his complaint [Doc. No. 10] is granted.

IT IS THEREFORE ORDERED that:

1.  Plaintiff Eddie Briley may proceed on his due process claims against defendants Ramsey, Paige, and Maples for their failure to provide him a hearing prior to his transfer to the Varner Supermax Unit of the Arkansas Department of Correction.

2.  Briley may proceed on his due process claims against defendants Gibson, Banks, Meinzer, Maples, and Hobbs for their failure to provide him a meaningful review of his continued assignment to Varner Supermax.

3.  Briley's remaining claims against defendants Drayer, Davis, Naylor,

Washington, Price, Conner, Briswell, Evans and Johnson are dismissed without prejudice.

IT IS SO ORDERED this 12th day of April 2012.

/s/ Brian S. Miller
UNITED STATES DISTRICT JUDGE