## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**EDDIE BRILEY, JR.**
**ADC #116921**                                                                                                **PLAINTIFF**

v.                              CASE NO. 5:11CV00274 BSM/BD

**RAY HOBBS, Director,**
**Arkansas Department of Correction et al.**                                              **DEFENDANTS**

### ORDER

The proposed findings and recommended disposition submitted by United States Magistrate Judge Beth Deere [Doc. No. 47] and the filed objections [Doc. No. 48] have been reviewed. After carefully considering these documents and making a *de novo* review of the record, it is concluded that the proposed findings and recommended disposition should be, and hereby are, approved and adopted in their entirety in all respects.

IT IS THEREFORE ORDERED that:

1.    Defendants' motion for summary judgment [Doc. No. 41] is granted.

2.    Plaintiff Eddie Briley, Jr.'s claims against defendants in their official capacities for money damages are dismissed with prejudice.

3.    Briley's remaining claims against defendants are dismissed without prejudice.

An appropriate judgment shall accompany this order.

Dated this 24th day of April 2013.

_____
UNITED STATES DISTRICT JUDGE